UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Rabbi Alam, *et al.*,

      Plaintiffs,   Case No. 23-cv-11523

v.             Judith E. Levy
              United States District Judge
Joseph R. Biden, *et al.*,

              Mag. Judge Elizabeth A. Stafford

      Defendants.

_____/

## ORDER OF DISMISSAL

On July 26, 2023, the Clerk's Office entered on the docket two documents titled "Memorandum of Withdrawal." (ECF Nos. 6, 7.) In these documents, self-represented Plaintiffs Rabbi Alam, MD Rajvi Alam, and Shere Alam Rasu indicate that they no longer wish to proceed with this lawsuit. The Court construes these documents as a motion to voluntarily dismiss the complaint without a court order under Federal Rule of Civil Procedure 41(a)(1)(A). That motion is granted. Accordingly, this action is DISMISSED.

  IT IS SO ORDERED.

Dated: August 2, 2023       s/Judith E. Levy
  Ann Arbor, Michigan      JUDITH E. LEVY
                United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 2, 2023.

s/Holly Ryan
HOLLY RYAN
Case Manager, in the absence
WILLIAM BARKHOLZ
